**[6NOT02]** [Notice of Deficient Filing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                          Case No. 6:11–bk–03120–ABB
                                                                                   Chapter 7


James Bruce Jennings
1128 Eagles Landing
Leesburg, FL 34748




        Debtor(s)       /


NOTICE OF DEFICIENT FILING

   THIS IS NOTICE that the pleading titled Amedment to Schedule F (Document No. 13 ) filed by James Bruce Jennings on April 18, 2011 , is deficient for the following reason(s):

   The prescribed filing fee of $26.00 was not included per Local Rule 1009–1 and 28 U.S.C. Section 1930. Personal checks will not be accepted from debtors – only money orders or cashier's check made payable to Clerk, U.S. Bankruptcy Court. Do not send cash through the mail. Our address is 135 W. Central Boulevard, Suite 950, Orlando, FL 32801

   An Amended Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data (Official Form 6) was not filed or is incomplete. The Official Forms are available on the internet: http://www.uscourts.gov/bkforms/bankruptcy_forms.html#official

   No action will be taken on this pleading until it conforms with the Local Rules or the Federal Rules of Bankruptcy Procedure, pursuant to Local Rule 9011–3.

PLEASE CURE THE ABOVE–STATED DEFICIENCY WITHIN 14 DAYS FROM THE DATE OF THIS NOTICE OR SANCTIONS MAY BE IMPOSED.

*A copy of this notice must accompany your amended pleading. (Note: This requirement does not apply to electronic filers.)*


   DATED on April 19, 2011 .


                                        FOR THE COURT
                                        Lee Ann Bennett, Clerk of Court
                                        135 West Central Boulevard Suite 950
                                        Orlando, FL 32801