

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

07/11/2011 03:00 PM

COURTROOM A, 5th Floor

**HONORABLE ARTHUR BRISKMAN**

| CASE NUMBER: | FILING DATE: |
|---|---|
| 6:11-bk-03120-ABB   7 | 03/07/2011 |

Chapter 7

**DEBTOR:**   James Jennings

**DEBTOR ATTY:**   Ishir Mehta

**TRUSTEE:**   Emerson Noble

**HEARING:**

Objection by   United Joint Venture, L.P. to Debtor's Claim of Exemptions re: Real property in Leesburg, FL, Jewelry, State Farm Life Insurance Policy, Merrill Lynch 401(K), Mass Mutual Life Insurance Policies (5 total) (Doc #28)
2)   Motion by Debtor to Quash Subpoena filed 7/8/11 (Doc #31)   - (not noticed for hearing)
Note; Related Case 6:01-bk-10076-6B7, Discharged 01/29/2002

**APPEARANCES:**:
Ishir Metha: D'or Atty; Keith Ram: united; John Meininger: Tee Atty, Lames Jennings: D'or
**WITNESSES:**

**EVIDENCE:**

**RULING:**
Objection by   United Joint Venture, L.P. to Debtor's Claim of Exemptions re: Real property in Leesburg, FL, Jewelry, State Farm Life Insurance Policy, Merrill Lynch 401(K), Mass Mutual Life Insurance Policies (5 total)(Doc #28)- Counsel to submit information to Court in order for Court to issue a subpoena to the Insurance Company for copies of the insurance policies, 2004 examinations to be taken by agreement, continued to 9/12/2011 at 2;30 p.m. (A.O.C.N.F.N.G.)


2)   Motion by Debtor to Quash Subpoena filed 7/8/11 (Doc #31)   - (not noticed for hearing)


Note; Related Case 6:01-bk-10076-6B7, Discharged 01/29/2002
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c).

<b>This is not an official Order of the Court.</b>

Case Number 6:11-bk-03120-ABB    Chapter 7